**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: MCKELE SITE DEVELOPMENT, INC. | § Case No. 07-72982 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 06, 2007. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $      98,066.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4,839.17 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      93,227.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 04/29/2008.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,153.35.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,153.35, for a total compensation of $8,153.35.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2009          By:/s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-72982
**Case Name:** MCKELE SITE DEVELOPMENT, INC.

**Period Ending:** 08/25/09

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 12/06/07 (f)
**§341(a) Meeting Date:** 01/10/08
**Claims Bar Date:** 04/29/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | ACCOUNT RECEIVABLES (u) | Unknown | 94,500.00 | | 98,018.52 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 48.45 | Unknown |
| 2 | Assets    Totals (Excluding unknown values) | $0.00 | $94,500.00 | | $98,066.97 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO COMPLETE CLAIMS REVIEW.  TAX RETURNS TO BE FILED.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008        **Current Projected Date Of Final Report (TFR):**    December 31, 2009

Printed: 08/25/2009 02:32 PM    V.11.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-72982  
**Case Name:** MCKELE SITE DEVELOPMENT, INC.  
**Taxpayer ID #:** 36-4211755  
**Period Ending:** 08/25/09  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****22-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/15/08 | {1} | CLERK OF THE CIRCUIT COURT OF COOK COUNTY | ACCOUNTS RECEIVABLE | 1221-000 | 8,458.00 | | 8,458.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.45 | | 8,458.45 |
| 06/02/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #07-72982, BOND #016018067 | 2300-000 | | 8.92 | 8,449.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.72 | | 8,451.25 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.72 | | 8,452.97 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.61 | | 8,454.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.77 | | 8,456.35 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 1.62 | | 8,457.97 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 1.00 | | 8,458.97 |
| 12/04/08 | {1} | DOROTHY BROWN, CLERK OF CIRCUIT COURT COOK COUNTY | ACCOUNTS RECEIVABLE | 1221-000 | 89,560.52 | | 98,019.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 5.82 | | 98,025.31 |
| 01/22/09 | | To Account #********2266 | Transfer to pay Special Counsel | 9999-000 | | 4,000.00 | 94,025.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.77 | | 94,030.08 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.31 | | 94,034.39 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.93 | | 94,039.32 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.62 | | 94,043.94 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.47 | | 94,048.41 |
| 06/17/09 | | To Account #********2266 | Pay Taxes | 9999-000 | | 1,000.00 | 93,048.41 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.91 | | 93,053.32 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.73 | | 93,058.05 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 98,066.97 | 5,008.92 | $93,058.05 |
| | Less: Bank Transfers | | 0.00 | 5,000.00 | |
| | **Subtotal** | | 98,066.97 | 8.92 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$98,066.97** | **$8.92** | |

{} Asset reference(s)

Printed: 08/25/2009 02:32 PM    V.11.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-72982  
**Case Name:** MCKELE SITE DEVELOPMENT, INC.  
**Taxpayer ID #:** 36-4211755  
**Period Ending:** 08/25/09

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*22-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/09 | | From Account #\*\*\*\*\*\*\*\*2265 | Transfer to pay Special Counsel | 9999-000 | 4,000.00 | | 4,000.00 |
| 01/22/09 | 101 | CHUHAK & TECSON PC | Ref # 208811 EMB<br>Stopped on 02/19/09 | 3210-604 | | 3,795.00 | 205.00 |
| 02/19/09 | 101 | CHUHAK & TECSON PC | Ref # 208811 EMB<br>Stopped: check issued on 01/22/09 | 3210-604 | | -3,795.00 | 4,000.00 |
| 02/19/09 | 102 | CHUHAK & TECSON PC | Ref # 208811 EMB (REPLACEMENT CHECK FOR CK 101) | 3210-600 | | 3,795.00 | 205.00 |
| 06/17/09 | | From Account #\*\*\*\*\*\*\*\*2265 | Pay Taxes | 9999-000 | 1,000.00 | | 1,205.00 |
| 06/17/09 | 103 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST<br>Voided on 06/17/09 | 2820-003 | | 965.00 | 240.00 |
| 06/17/09 | 103 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST<br>Voided: check issued on 06/17/09 | 2820-003 | | -965.00 | 1,205.00 |
| 06/17/09 | 104 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST-V | 2820-000 | | 965.00 | 240.00 |
| 08/13/09 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #07-72982, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 70.25 | 169.75 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 4,830.25 | **$169.75** |
| | | | Less: Bank Transfers | | 5,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,830.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,830.25** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*22-65** | 98,066.97 | 8.92 | 93,058.05 |
| **Checking # \*\*\*-\*\*\*\*\*22-66** | 0.00 | 4,830.25 | 169.75 |
| | **$98,066.97** | **$4,839.17** | **$93,227.80** |

# Claims Proposed Distribution

Case: 07-72982  MCKELE SITE DEVELOPMENT, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $93,227.80    **Total Proposed Payment:** $93,227.80    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | BERNARD J. NATALE, LTD. <br> <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 100.61 | 100.61 | 0.00 | 100.61 | 100.61 | 93,127.19 |
|  | LINDGREN CALLIHAN VAN OSDOL & CO LTD <br> <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,568.20 | 1,568.20 | 0.00 | 1,568.20 | 1,568.20 | 91,558.99 |
|  | BERNARD J. NATALE, LTD. <br> <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 5,612.50 | 5,612.50 | 0.00 | 5,612.50 | 5,612.50 | 85,946.49 |
|  | BERNARD J. NATALE <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 8,153.35 | 8,153.35 | 0.00 | 8,153.35 | 8,153.35 | 77,793.14 |
| 1 | Midwest Operating Engineers Welfare Fund | Unsecured | 28,771.29 | 28,771.29 | 0.00 | 28,771.29 | 4,983.40 | 72,809.74 |
| 2 | Midwest Operating Engineers Pension Trust Fund | Unsecured | 23,422.22 | 23,422.22 | 0.00 | 23,422.22 | 4,056.90 | 68,752.84 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | Unsecured | 1,437.55 | 1,437.55 | 0.00 | 1,437.55 | 248.99 | 68,503.85 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | Unsecured | 3,279.19 | 3,279.19 | 0.00 | 3,279.19 | 567.98 | 67,935.87 |
| 5 | M.O.E. Construction Industry Research and Service | Unsecured | 346.77 | 346.77 | 0.00 | 346.77 | 60.06 | 67,875.81 |
| 6 | Midwest Operating Engineers Fringe Benefit Funds | Unsecured | 5,932.50 | 5,932.50 | 0.00 | 5,932.50 | 1,027.55 | 66,848.26 |
| 7 | Howell Tractor & Equipment, LLC | Unsecured | 20,720.33 * | 20,720.33 | 0.00 | 20,720.33 | 3,588.91 | 63,259.35 |
| 8S | Vulcan Materials Company | Unsecured | 19,443.20 * | 19,443.20 | 0.00 | 19,443.20 | 3,367.70 | 59,891.65 |
| 8U | Vulcan Materials Company | Unsecured | 5,439.37 | 5,439.37 | 0.00 | 5,439.37 | 942.14 | 58,949.51 |
| 9 | Kieft Brothers, Inc. | Unsecured | 24,831.30 | 24,831.30 | 0.00 | 24,831.30 | 4,300.96 | 54,648.55 |
| 10 | Brunt Brothers | Unsecured | 113,019.20 | 113,019.20 | 0.00 | 113,019.20 | 19,575.72 | 35,072.83 |
| 11 | Boncosky Oil Company | Unsecured | 15,300.11 | 15,300.11 | 0.00 | 15,300.11 | 2,650.09 | 32,422.74 |
| 12 | Kenneth M. Gazda | Unsecured | 32,347.77 | 32,347.77 | 0.00 | 32,347.77 | 5,602.86 | 26,819.88 |
| 13 | Craft Concrete | Unsecured | 1,250.95 | 1,250.95 | 0.00 | 1,250.95 | 216.67 | 26,603.21 |
| 14 | Wright Express | Unsecured | 26,800.43 | 26,800.43 | 0.00 | 26,800.43 | 4,642.02 | 21,961.19 |
| 15U | Castle Bank N A | Unsecured | 38,081.20 | 38,081.20 | 0.00 | 38,081.20 | 6,595.93 | 15,365.26 |
| 16S | Campion, Curran, Dunlop & Lamb, P.C. | Unsecured | 12,190.00 * | 12,190.00 | 0.00 | 12,190.00 | 2,111.39 | 13,253.87 |
| 16U | Campion, Curran, Dunlop & Lamb, P.C. | Unsecured | 25,870.50 | 25,870.50 | 0.00 | 25,870.50 | 4,480.95 | 8,772.92 |
| 17 | Fox Valley Laborers' Benefit Funds | Unsecured | 45,385.18 | 45,385.18 | 0.00 | 45,385.18 | 7,861.03 | 911.89 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 07-72982 MCKELE SITE DEVELOPMENT, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $93,227.80   **Total Proposed Payment:** $93,227.80   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | Windy City Heavy Equipment Services, Inc. | Unsecured | 2,975.99 | 2,975.99 | 0.00 | 2,975.99 | 515.46 | 396.43 |
| 19 | IUOE Local 150 Legal Dept | Unsecured | 2,288.77 | 2,288.77 | 0.00 | 2,288.77 | 396.43 | 0.00 |
| | **Total for Case 07-72982 :** | | **$464,568.48** | **$464,568.48** | **$0.00** | **$464,568.48** | **$93,227.80** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,434.66 | $15,434.66 | $0.00 | $15,434.66 | 100.000000% |
| **Total Unsecured Claims :** | $449,133.82 | $449,133.82 | $0.00 | $77,793.14 | 17.320704% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-72982
Case Name: MCKELE SITE DEVELOPMENT, INC.
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 8,153.35 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 5,612.50 | $ 100.61 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | LINDGREN CALLIHAN VAN OSDOL & CO LTD | $ 1,568.20 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 449,133.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Midwest Operating Engineers Welfare Fund | $ 28,771.29 | $ 4,983.40 |
| 2 | Midwest Operating Engineers Pension Trust Fund | $ 23,422.22 | $ 4,056.90 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | $ 1,437.55 | $ 248.99 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | $ 3,279.19 | $ 567.98 |
| 5 | M.O.E. Construction Industry Research and Service | $ 346.77 | $ 60.06 |
| 6 | Midwest Operating Engineers Fringe Benefit Funds | $ 5,932.50 | $ 1,027.55 |
| 7 | Howell Tractor & Equipment, LLC | $ 20,720.33 | $ 3,588.91 |
| 8S | Vulcan Materials Company | $ 19,443.20 | $ 3,367.70 |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8U | Vulcan Materials Company | $ 5,439.37 | $ 942.14 |
| 9 | Kieft Brothers, Inc. | $ 24,831.30 | $ 4,300.96 |
| 10 | Brunt Brothers | $ 113,019.20 | $ 19,575.72 |
| 11 | Boncosky Oil Company | $ 15,300.11 | $ 2,650.09 |
| 12 | Kenneth M. Gazda | $ 32,347.77 | $ 5,602.86 |
| 13 | Craft Concrete | $ 1,250.95 | $ 216.67 |
| 14 | Wright Express | $ 26,800.43 | $ 4,642.02 |
| 15U | Castle Bank N A | $ 38,081.20 | $ 6,595.93 |
| 16S | Campion, Curran, Dunlop & Lamb, P.C. | $ 12,190.00 | $ 2,111.39 |
| 16U | Campion, Curran, Dunlop & Lamb, P.C. | $ 25,870.50 | $ 4,480.95 |
| 17 | Fox Valley Laborers' Benefit Funds | $ 45,385.18 | $ 7,861.03 |
| 18 | Windy City Heavy Equipment Services, Inc. | $ 2,975.99 | $ 515.46 |
| 19 | IUOE Local 150Legal Dept | $ 2,288.77 | $ 396.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-TFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**