**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MCKELE SITE DEVELOPMENT, INC. | § | Case No. 07-72982 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/30/2009 in Courtroom         , United States Courthouse, .

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/25/2009        By:  /s/BERNARD J. NATALE
                                                           Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MCKELE SITE DEVELOPMENT, INC. | § | Case No. 07-72982 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   98,066.97 |
| *and approved disbursements of* | $    4,839.17 |
| *leaving a balance on hand of* [1] | $   93,227.80 |

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $   8,153.35 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $   5,612.50 | $   100.61 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | LINDGREN CALLIHAN VAN OSDOL & CO LTD | $   1,568.20 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 449,133.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| # | Creditor | Amount | Amount |
|---|---|---|---|
| 1 | Midwest Operating Engineers Welfare Fund | $ 28,771.29 | $ 4,983.40 |
| 2 | Midwest Operating Engineers Pension Trust Fund | $ 23,422.22 | $ 4,056.90 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | $ 1,437.55 | $ 248.99 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | $ 3,279.19 | $ 567.98 |
| 5 | M.O.E. Construction Industry Research and Service | $ 346.77 | $ 60.06 |
| 6 | Midwest Operating Engineers Fringe Benefit Funds | $ 5,932.50 | $ 1,027.55 |
| 7 | Howell Tractor & Equipment, LLC | $ 20,720.33 | $ 3,588.91 |
| 8S | Vulcan Materials Company | $ 19,443.20 | $ 3,367.70 |
| 8U | Vulcan Materials Company | $ 5,439.37 | $ 942.14 |
| 9 | Kieft Brothers, Inc. | $ 24,831.30 | $ 4,300.96 |
| 10 | Brunt Brothers | $ 113,019.20 | $ 19,575.72 |
| 11 | Boncosky Oil Company | $ 15,300.11 | $ 2,650.09 |
| 12 | Kenneth M. Gazda | $ 32,347.77 | $ 5,602.86 |
| 13 | Craft Concrete | $ 1,250.95 | $ 216.67 |
| 14 | Wright Express | $ 26,800.43 | $ 4,642.02 |
| 15U | Castle Bank N A | $ 38,081.20 | $ 6,595.93 |
| 16S | Campion, Curran, Dunlop & Lamb, P.C. | $ 12,190.00 | $ 2,111.39 |
| 16U | Campion, Curran, Dunlop & Lamb, P.C. | $ 25,870.50 | $ 4,480.95 |
| 17 | Fox Valley Laborers' Benefit Funds | $ 45,385.18 | $ 7,861.03 |
| 18 | Windy City Heavy Equipment Services, Inc. | $ 2,975.99 | $ 515.46 |
| 19 | IUOE Local 150 Legal Dept | $ 2,288.77 | $ 396.43 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

               Prepared By:  /s/BERNARD J. NATALE
                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2                  Date Rcvd: Sep 08, 2009
Case: 07-72982                 Form ID: pdf006               Total Noticed: 90

The following entities were noticed by first class mail on Sep 10, 2009.
db          +McKele Site Development, Inc.,    13606 Thayer Road,    Hebron, IL 60034-9420
aty         +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
              Crystal Lake, IL 60014-8155
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11796905    +ACF Equipment, Inc.,    1340 Cobblestone Way,    Woodstock, IL 60098-5201
11796906    +Allison, Slutsky & Kenndy,    230 West Monroe, Suite 2600,    Chicago, IL 60606-4969
11796907    +American Financial Management, Inc.,    3715 Ventura Drive,    Arlington Heights, IL 60004-7696
11796908    +Atlantic Trailer & Eqpt Sales, Inc.,    111-B Egg Harbor Road,    Sewell, NJ 08080-9427
11796909    +Bankcard Usa,    5701 Lindero Canyo Bldg 3,    Westlake Villa, CA 91362-4060
11796910    +Baum, Sigman Auerback,    & Neuman, LTD,    200 West Adams Strret, Suite 2200,
              Chicago, IL 60606-5231
11796911    +Bluff City Material,    2252 Southwind Blvd.,    Bartlett, IL 60103-1304
11796912    +Boncosky Oil Company,    Gary M Vanek,    1250 Larkin Ave Suite 100,    Elgin IL 60123-6078
11796913    +Botts Welding & Truck Service, Inc.,    PO Box 430,    Woodstock, IL 60098-0430
11796914    +Brunt Brothers,    1220 East 75th Street,    PO Box 199267,    Chicago, IL 60619-9267
11796915    +Burris Equipment Company,    2216 N. Greenbay Road,    Waukegan, IL 60087-4275
11796922     CNA Surety Corporation,    333 South Wabash Avenue,    Chicago, IL 60604
12137774    +Campion, Curran, Dunlop & Lamb, P.C.,    8600 U.S. Highway 14, Ste. 201,
              Crystal Lake, IL 60012-2700
12137790    +Campion, Curran, Dunlop & Lamb, PC,    8600 U.S. Highway 14, Ste. 201,
              Crystal Lake, IL 60012-2700
11796916    +Campion, Curran, Dunlop & Lamp, PC,    8600 US Highway 14,    Suite 201,
              Crystal Lake, IL 60012-2700
11796917    +Carmell, Charone, Widmer, Moss,    & Barr,    230 W. Monroe Street, #1900,    Chicago, IL 60606-4710
11796918    +Carnow, Conibear & Associates,    333 West Wacker Drive, #1400,    Chicago, IL 60606-1257
12116624    +Castle Bank N A,    121 W Lincoln Hwy-Plaza,    DeKalb, IL 60115-3609
11796919    +Chicago Trailer Pool Corp.,    Diamond Fianancial,    1200 Hanger Road, Suite 500,
              Oak Brook, IL 60523-1819
11796920    +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
11796921     City of Chicago,    Cost Recovery & Coll. Div.,    333 S. State Street, Ste. 540,
              Chicago, IL 60604
11796923    +Conserve FS,    97791 Eagle Way,    Chicago, IL 60678-0001
11796924    +Craft Concrete,    134 S. Highway 14,    Cary, IL 60013-2927
11796925     Dowd, Bloch & Bennett,    8th South Michigan, 19th Floor,    Chicago, IL 60603
11796926    +Environmental Monitoring,    & Technology,    8100 N. Austin Avenue,    Morton Grove, IL 60053-3203
11796927    +First Financial Asset,    230 Peachtree St Ste 170,    Atlanta, GA 30303-1536
11796928    +First National Bank of Marengo,    Commercial Lending,    4520 West Algonquin Road, Suite 200,
              Lake In The Hills, IL 60156-6728
11796929    +First Premier Bank,    Attn: Correspondence Dept.,    Po Box 5524,    Sioux Falls, SD 57117-5524
11796930    +Ford Motor Credit Corporation,    National Bankruptcy,    Po Box 537901,    Livonia, MI 48153-7901
11796931     Fox Valley Laborers,    2044 Big Timber Road,    Building B, Suite 206,    Elgin, IL 60123
12183170    +Fox Valley Laborers' Benefit Funds,    c/o Dowd, Bloch & Bennett,    attn: Michele M. Reynolds,
              8 S. Michigan Avenue, 19th Floor,    Chicago, IL 60603-3357
11796932    +Franks, Gerkin & McKenna, P.C.,    19333 E. Grant Highway, P.O. Box 5,    Marengo, IL 60152-0005
11796933    +Gary M. Vanek,    Schnell, Bazos, Freeman, Kramer, ..,    1250 Larkin Ave.,    Elgin, IL 60123-6081
11796934    +Harmons Motor Service,    4542-52 West Carroll Avenue,    Chicago, IL 60624-1604
11796935    +Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
11796936    +Harts Tractor Company,    249 W. Lake Street,    Elmhurst, IL 60126-1506
11796937    +Harvrd Sv Bk,    58 North Ayer Stre,    Harvard, IL 60033-2897
11796939    +Howard W. Melton,    200 E. Delaware, Suite 8B,    Chicago, IL 60611-5784
11796940    +Howell Tractor & Equipment LLC,    1901 E. Pratt Blvd.,    Elk Grove Village, IL 60007-5981
11930245    +Howell Tractor & Equipment, LLC,    c/o Franks, Gerkin & McKenna, P.C.,    P.O. Box 5,
              Marengo, IL 60152-0005
11796941    +IBT, Local Union 301,    36990 N. Greenbay Road,    Waukegan, IL 60087-3406
12186971    +IUOE Local 150Legal Dept,    c/o Dale Pierson,    6140 Joliet Road,    Countryside, IL 60525-3956
11944813    +Kenneth M. Gazda,    c/o Attorney Thomas E. Laughlin,    728 N. Court St.,
              Rockford, Il 61103-6922
11796942    +Kenneth M. Gazda,    c/o Thomas E Laughlin,    728 North Court Street,    Rockford, IL 61103-6922
11796943    +Kieft Brothers, Inc.,    837 S. Riverside Drive,    Elmhurst, IL 60126-4964
11796947    +LLamas/McKele Site Development,    8255 E. Virginia Street, #4,    Lake in the Hills, IL 60156-9602
11796944    +Law Offices Berry Serota & Ass.,    PO Box 1008,    Arlington Heights, IL 60006-1008
11796945    +Law Offices of Anthony G. Suizzo,    1701 East Lake Street, Suite 310,    Glenview, IL 60025-2061
11796946    +Lease Finance Group Ll,    233 N Michigan Ave Ste 1,    Chicago, IL 60601-5502
11904066     Local 150 I.U.O.E. Vacation Savings Plan,    c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
11796948    +Luise, Inc.,    1346 S. Hannah,    Forest Park, IL 60130-2904
11904067     M.O.E. Construction Industry Research and Service,    c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
11796949    +Manning & Silverman CPA's,    175 Olde Half Day Road, #290,    Lincolnshire, IL 60069-3074
11796950    +Mary McNulty,    13606 Thayer Road,    Hebron, IL 60034-9420
11796951    +McAllister Equipment,    PO Box 88025,    Milwaukee, WI 53288-0001
11796952    +McCann Industries, Inc.,    4102 W. Crystal Lake Road,    Mchenry, IL 60050-4204
11796953    +McJessy Ching Thompson,    3759 N. Ravenswood, Suite 231,    Chicago, IL 60613-3881
11796954    +McKele Site Development,    13914 Washington Street,    Woodstock, IL 60098-9457
11796955    +McNulty Trucking,    PO Box 1033,    Woodstock, IL 60098-1033
11859459    +Michele M Reynolds,    LaKisha M Kinsey-Sallis,    Dowd Bloch & Bennett,
              8 S Michigan Avenue 19th Floor,    Chicago IL 60603-3357
11796956    +Midwest Operating Engineers,    Local Union 150,    6200 Joliet Road,    Counntryside, IL 60525-3992
11904068     Midwest Operating Engineers Fringe Benefit Funds,    c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
11904064     Midwest Operating Engineers Pension Trust Fund,    c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
```

```
District/off: 0752-3            User: lorsmith              Page 2 of 2                 Date Rcvd: Sep 08, 2009
Case: 07-72982                  Form ID: pdf006             Total Noticed: 90

11904063      Midwest Operating Engineers Welfare Fund,   c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
11796957     +Municipal Publishing,   1507 East 53rd Street,   Chicago, IL 60615-4573
11796958     +Nigro & Westdall,   1793 Bloomingdale Road,   Glendale Heights, IL 60139-2187
11904065      Operating Engineers Local 150 Apprenticeship Fund,   c/o Jennifer L. Dunitz-Geiringer,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
11796959     +Patten Industries, Inc.,   635 West Lake Street,   Elmhurst, IL 60126-1465
11796960     +Pro Consulting Services, Inc.,   PO Box 66768,   Houston, TX 77266-6768
11796962     +RH Donnelly,   8517 Innovation Way,   Chicago, IL 60682-0085
11796961     +Red Robin - Cantera LLC,   28260 Diehl Road,   Warrenville, IL 60555-3847
11796963     +Robert Hanlon,   14212 Washington Street,   Woodstock, IL 60098-9463
11796964      Rockford Industrial Welding,   Supply, Inc.,   PO Box 5404,   Crystal Lake, IL 60014
11796965     +Ross, Hollander & Associates, Inc.,   954 Lexington Avenue, Suite 218,   New York, NY 10021-5055
11796967     +SCI Companies,   2435 Technology Center Pkwy,   Lawrenceville, GA 30043-1311
11796966     +Schuller & Shelist, LTD,   415 North LaSalle Street, Suite 500,   Chicago, IL 60654-2743
11796968     +Spruce Lake Sand & Gravel, Inc.,   5435 Bull Valley Road, Suite 330,   Mchenry, IL 60050-7436
11796969     +Steve's Equipment Services, Inc.,   1400 Powis Road,   West Chicago, IL 60185-1653
11796970     +The Lombard Company,   4245 West 123rd Street,   Alsip, IL 60803-1805
11796971     +The McGraw-Hill Companies,   7625 Collection Center Drive,   Chicago, IL 60693-0076
11796972     +Viking Office Products,   PO Box 30488,   Los Angeles, CA 90030-0488
11930281     +Vulcan Materials Company,   c/o Franks, Gerkin & McKenna, P.C.,   P.O. Box 5,
              Marengo, IL 60152-0005
11796973     +Vulcan Materials Company,   1200 Urban Center Drive,   Birmingham, AL 35242-2545
11796974     +Windy City Heavy Equipment Services, Inc.,   Steven D Gertler & Assoc Ltd,
              415 N LaSalle St, #402,   Chicago IL 60654-2742
11796975     +Wofe, Wolfe & Ryd, LLP,   Twenty North Wacker Drive,   Suite 3550,   Chicago, IL 60606-3187
11796976     +Wright Express,   Fleet Fueling,   PO Box 639,   Portland, ME 04104-0639
The following entities were noticed by electronic transmission on Sep 08, 2009.
11796938     +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2009 00:51:30      Home Depot,
              City Cards Private Label-Bankruptcy,   PO Box 20483,   Kansas City, MO 64195-0483
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 10, 2009**                **Signature:**     *Joseph Speetjens*