# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 07-72982  
**Debtor Name:** MCKELE SITE DEVELOPMENT, INC.

Page: 1

**Date:** October 1, 2009  
**Time:** 09:35:13 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $93,236.95 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 100.61 | 0.00 | 100.61 | 100.61 | 93,136.34 |
| ACCT | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Admin Ch. 7 | 1,568.20 | 0.00 | 1,568.20 | 1,568.20 | 91,568.14 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 5,612.50 | 0.00 | 5,612.50 | 5,612.50 | 85,955.64 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 8,153.35 | 0.00 | 8,153.35 | 8,153.35 | 77,802.29 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 15,434.66 | 0.00 | 15,434.66 | 15,434.66 | |
| 1 | Midwest Operating Engineers Welfare Fund | Unsecured | 28,771.29 | 0.00 | 28,771.29 | 4,983.98 | 72,818.31 |
| 2 | Midwest Operating Engineers Pension Trust Fund | Unsecured | 23,422.22 | 0.00 | 23,422.22 | 4,057.37 | 68,760.94 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | Unsecured | 1,437.55 | 0.00 | 1,437.55 | 249.02 | 68,511.92 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | Unsecured | 3,279.19 | 0.00 | 3,279.19 | 568.05 | 67,943.87 |
| 5 | M.O.E. Construction Industry Research and Service | Unsecured | 346.77 | 0.00 | 346.77 | 60.07 | 67,883.80 |
| 6 | Midwest Operating Engineers Fringe Benefit Funds | Unsecured | 5,932.50 | 0.00 | 5,932.50 | 1,027.67 | 66,856.13 |
| 7 | Howell Tractor & Equipment, LLC | Unsecured | 20,720.33 | 0.00 | 20,720.33 | 3,589.33 | 63,266.80 |
| 8S | Vulcan Materials Company | Unsecured | 19,443.20 | 0.00 | 19,443.20 | 3,368.09 | 59,898.71 |
| 8U | Vulcan Materials Company | Unsecured | 5,439.37 | 0.00 | 5,439.37 | 942.25 | 58,956.46 |
| 9 | Kieft Brothers, Inc. | Unsecured | 24,831.30 | 0.00 | 24,831.30 | 4,301.46 | 54,655.00 |
| 10 | Brunt Brothers | Unsecured | 113,019.20 | 0.00 | 113,019.20 | 19,578.02 | 35,076.98 |
| 11 | Boncosky Oil Company | Unsecured | 15,300.11 | 0.00 | 15,300.11 | 2,650.40 | 32,426.58 |
| 12 | Kenneth M. Gazda | Unsecured | 32,347.77 | 0.00 | 32,347.77 | 5,603.52 | 26,823.06 |
| 13 | Craft Concrete | Unsecured | 1,250.95 | 0.00 | 1,250.95 | 216.70 | 26,606.36 |
| 14 | Wright Express | Unsecured | 26,800.43 | 0.00 | 26,800.43 | 4,642.57 | 21,963.79 |
| 15U | Castle Bank N A | Unsecured | 38,081.20 | 0.00 | 38,081.20 | 6,596.71 | 15,367.08 |
| 16S | Campion, Curran, Dunlop & Lamb, P.C. | Unsecured | 12,190.00 | 0.00 | 12,190.00 | 2,111.64 | 13,255.44 |
| 16U | Campion, Curran, Dunlop & Lamb, P.C. | Unsecured | 25,870.50 | 0.00 | 25,870.50 | 4,481.48 | 8,773.96 |
| 17 | Fox Valley Laborers' Benefit Funds | Unsecured | 45,385.18 | 0.00 | 45,385.18 | 7,861.96 | 912.00 |
| 18 | Windy City Heavy Equipment Services, Inc. | Unsecured | 2,975.99 | 0.00 | 2,975.99 | 515.52 | 396.48 |
| 19 | IUOE Local 150 Legal Dept | Unsecured | 2,288.77 | 0.00 | 2,288.77 | 396.48 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 449,133.82 | 0.00 | 449,133.82 | 77,802.29 | |

## AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 07-72982     Page: 2     **Date:** October 1, 2009
**Debtor Name:** MCKELE SITE DEVELOPMENT, INC.     **Time:** 09:35:14 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| **<< Totals >>** | | | 464,568.48 | 0.00 | 464,568.48 | 93,236.95 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Unsecured** | 17.322741% |