**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| MCKELE SITE DEVELOPMENT, INC | ) | CASE NO. 07-72982 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

BERNARD J NATALE, TRUSTEE ("TRUSTEE"), pursuant to 11 USC §347 and Rule 3010 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtor filed a voluntary petition for relief under Chapter 7 of The United States Bankruptcy Code on December 6, 2007.
2. At all relevant times, herein, Bernard J Natale as been the duly appointed, acting and qualified trustee for the estate of the above named debtor.
3. On October 6, 2009 distribution checks were prepared for creditors.
4. The Trustee sent distribution check via US Mail to UOE Local 150 Legal Department, % Dale Pierson, 6140 Joliet Road, Countryside Illinois 60525.
5. The distribution check for this creditor has never been never been cashed and/or has been returned marked "Undeliverable, Unable to Forward, Return to Sender".   All reasonable attempts have been expended to contact this creditor with no success.
6. By reason of the foregoing, Trustee has stopped payment on this distribution check and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

DATED: January 14, 2010

RESPECTFULLY SUBMITTED,

**/S/ BERNARD J NATALE**
BERNARD J NATALE, TRUSTEE

PREPARED BY:
ATTORNEY BERNARD J NATALE
BERNARD J. NATALE LTD
6833 STALTER DRIVE SUITE 201
ROCKFORD IL  61108
PHONE: 815-964-4700
FAX:  815-316-4646