# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MCKELE SITE DEVELOPMENT, INC. | § | Case No. 07-72982 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $77,405.81 | Claims Discharged Without Payment: $371,728.01 |
| Total Expenses of Administration: $20,273.83 | |

3) Total gross receipts of $ 98,076.12 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 396.48 (see **Exhibit 2**), yielded net receipts of $97,679.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $100,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 20,273.83 | 20,273.83 | 20,273.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 261,609.20 | 449,133.82 | 449,133.82 | 77,405.81 |
| TOTAL DISBURSEMENTS | $261,609.20 | $569,407.65 | $469,407.65 | $97,679.64 |

4) This case was originally filed under Chapter 7 on December 06, 2007. . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2010          By: /s/BERNARD J. NATALE
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNT RECEIVABLES | 1221-000 | 98,018.52 |
| Interest Income | 1270-000 | 57.60 |
| **TOTAL GROSS RECEIPTS** | | $98,076.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | Unclaimed Funds | 8500-002 | 396.48 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $396.48 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Castle Bank N A | 4110-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $100,000.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 100.61 | 100.61 | 100.61 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 1,568.20 | 1,568.20 | 1,568.20 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,612.50 | 5,612.50 | 5,612.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 8,153.35 | 8,153.35 | 8,153.35 |
| CHUHAK & TECSON PC | 3210-600 | N/A | 3,795.00 | 3,795.00 | 3,795.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.92 | 8.92 | 8.92 |
| Illinois Department of Revenue | 2820-000 | N/A | 965.00 | 965.00 | 965.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 70.25 | 70.25 | 70.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 20,273.83 | 20,273.83 | 20,273.83 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 28,771.29 | 28,771.29 | 4,983.98 |
| Midwest Operating Engineers Pension Trust Fund | 7100-000 | N/A | 23,422.22 | 23,422.22 | 4,057.37 |
| Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | N/A | 1,437.55 | 1,437.55 | 249.02 |
| Local 150 I.U.O.E. Vacation Savings Plan | 7100-000 | N/A | 3,279.19 | 3,279.19 | 568.05 |
| M.O.E. Construction Industry Research and Service | 7100-000 | N/A | 346.77 | 346.77 | 60.07 |
| Midwest Operating Engineers Fringe Benefit Funds | 7100-000 | N/A | 5,932.50 | 5,932.50 | 1,027.67 |
| Howell Tractor & Equipment, LLC | 7100-000 | N/A | 20,720.33 | 20,720.33 | 3,589.33 |
| Vulcan Materials Company | 7100-000 | N/A | 19,443.20 | 19,443.20 | 3,368.09 |
| Vulcan Materials Company | 7100-000 | N/A | 5,439.37 | 5,439.37 | 942.25 |
| Kieft Brothers, Inc. | 7100-000 | N/A | 24,831.30 | 24,831.30 | 4,301.46 |
| Brunt Brothers | 7100-000 | N/A | 113,019.20 | 113,019.20 | 19,578.02 |
| Boncosky Oil Company | 7100-000 | N/A | 15,300.11 | 15,300.11 | 2,650.40 |
| Kenneth M. Gazda | 7100-000 | N/A | 32,347.77 | 32,347.77 | 5,603.52 |
| Craft Concrete | 7100-000 | N/A | 1,250.95 | 1,250.95 | 216.70 |
| Wright Express | 7100-000 | N/A | 26,800.43 | 26,800.43 | 4,642.57 |
| Castle Bank N A | 7100-000 | N/A | 38,081.20 | 38,081.20 | 6,596.71 |
| Campion, Curran, Dunlop & Lamb, P.C. | 7100-000 | N/A | 12,190.00 | 12,190.00 | 2,111.64 |
| Campion, Curran, Dunlop & Lamb, P.C. | 7100-000 | N/A | 25,870.50 | 25,870.50 | 4,481.48 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| Fox Valley Laborers' Benefit Funds | 7100-000 | N/A | 45,385.18 | 45,385.18 | 7,861.96 |
| Windy City Heavy Equipment Services, Inc. | 7100-000 | N/A | 2,975.99 | 2,975.99 | 515.52 |
| IUOE Local 150Legal Dept | 7100-000 | N/A | 2,288.77 | 2,288.77 | 0.00 |
| ACF Equipment Inc | 7100-000 | 18,912.00 | N/A | N/A | 0.00 |
| American Financial Management Inc | 7100-000 | 11,586.00 | N/A | N/A | 0.00 |
| Atlantic Trailer & Equipment Sales Inc | 7100-000 | 197.58 | N/A | N/A | 0.00 |
| Bluff City Material | 7100-000 | 18,452.00 | N/A | N/A | 0.00 |
| Burris Equipment Company | 7100-000 | 7,110.00 | N/A | N/A | 0.00 |
| Carnow Conibear & Associates | 7100-000 | 1,495.00 | N/A | N/A | 0.00 |
| Chicago Trailer Pool Corp | 7100-000 | 2,164.00 | N/A | N/A | 0.00 |
| City of Chicago | 7100-000 | 3,166.00 | N/A | N/A | 0.00 |
| CNA Surety Corporation | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| Conserve FS | 7100-000 | 2,727.00 | N/A | N/A | 0.00 |
| Environmental Monitoring | 7100-000 | 2,318.00 | N/A | N/A | 0.00 |
| First National Bank of Marengo | 7100-000 | 122,557.43 | N/A | N/A | 0.00 |
| Harmons Motor Service | 7100-000 | 7,746.00 | N/A | N/A | 0.00 |
| Harts Tractor Company | 7100-000 | 7,477.00 | N/A | N/A | 0.00 |
| Home Depot | 7100-000 | 887.00 | N/A | N/A | 0.00 |
| Lease Finance Group | 7100-000 | 1,537.00 | N/A | N/A | 0.00 |
| Luise Inc | 7100-000 | 25,992.00 | N/A | N/A | 0.00 |
| McCann Industries Inc | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| Municipal Publishing | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Patten Industries | 7100-000 | 5,515.00 | N/A | N/A | 0.00 |
| Red Robin-Cantera LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| RH Donnelly | 7100-000 | 384.69 | N/A | N/A | 0.00 |
| Rockford Industrial Welding & Supply Inc | 7100-000 | 503.50 | N/A | N/A | 0.00 |
| SCI Companies | 7100-000 | 478.00 | N/A | N/A | 0.00 |
| Spruce Lake Sand & Gravel Inc | 7100-000 | 3,014.00 | N/A | N/A | 0.00 |
| Steve's Equipment Services Inc | 7100-000 | 4,074.00 | N/A | N/A | 0.00 |
| The Lombard Company | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| The McGraw-Hill Companies | 7100-000 | 593.00 | N/A | N/A | 0.00 |
| Viking Office Products | 7100-000 | 498.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 261,609.20 | 449,133.82 | 449,133.82 | 77,405.81 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-72982

Case Name:   MCKELE SITE DEVELOPMENT, INC.

Period Ending: 03/09/10

Trustee:       (330370)   BERNARD J. NATALE

Filed (f) or Converted (c):  12/06/07 (f)

§341(a) Meeting Date:   01/10/08

Claims Bar Date:   04/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNT RECEIVABLES  (u) | Unknown | 94,500.00 | | 98,018.52 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 57.60 | FA |
| 2 | **Assets     Totals (Excluding unknown values)** | **$0.00** | **$94,500.00** | | **$98,076.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO COMPLETE CLAIMS REVIEW.  TAX RETURNS TO BE FILED.

Initial Projected Date Of Final Report (TFR):     December 31, 2008        Current Projected Date Of Final Report (TFR):       August 25, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-72982 |
| **Case Name:** | MCKELE SITE DEVELOPMENT, INC. |
| **Taxpayer ID #:** | 36-4211755 |
| **Period Ending:** | 03/09/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*22-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/08 | {1} | CLERK OF THE CIRCUIT COURT OF COOK COUNTY | ACCOUNTS RECEIVABLE | 1221-000 | 8,458.00 | | 8,458.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.45 | | 8,458.45 |
| 06/02/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #07-72982, BOND #016018067 | 2300-000 | | 8.92 | 8,449.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.72 | | 8,451.25 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.72 | | 8,452.97 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.61 | | 8,454.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.77 | | 8,456.35 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 1.62 | | 8,457.97 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 1.00 | | 8,458.97 |
| 12/04/08 | {1} | DOROTHY BROWN, CLERK OF CIRCUIT COURT COOK COUNTY | ACCOUNTS RECEIVABLE | 1221-000 | 89,560.52 | | 98,019.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 5.82 | | 98,025.31 |
| 01/22/09 | | To Account #\*\*\*\*\*\*\*2266 | Transfer to pay Special Counsel | 9999-000 | | 4,000.00 | 94,025.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.77 | | 94,030.08 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.31 | | 94,034.39 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.93 | | 94,039.32 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.62 | | 94,043.94 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.47 | | 94,048.41 |
| 06/17/09 | | To Account #\*\*\*\*\*\*\*2266 | Pay Taxes | 9999-000 | | 1,000.00 | 93,048.41 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.91 | | 93,053.32 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.73 | | 93,058.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 4.73 | | 93,062.78 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.42 | | 93,067.20 |
| 10/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 93,067.20 |
| 10/01/09 | | To Account #\*\*\*\*\*\*\*2266 | Transfer for Final Distributions | 9999-000 | | 93,067.20 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 98,076.12 | 98,076.12 | $0.00 |
| Less: Bank Transfers | 0.00 | 98,067.20 | |
| **Subtotal** | 98,076.12 | 8.92 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$98,076.12** | **$8.92** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 07-72982
Case Name: MCKELE SITE DEVELOPMENT, INC.

Taxpayer ID #: 36-4211755
Period Ending: 03/09/10

Trustee: BERNARD J. NATALE (330370)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****22-66 - Checking Account
Blanket Bond: $552,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/09 | | From Account #*******2265 | Transfer to pay Special Counsel | 9999-000 | 4,000.00 | | 4,000.00 |
| 01/22/09 | 101 | CHUHAK & TECSON PC | Ref # 208811 EMB<br>Stopped on 02/19/09 | 3210-604 | | 3,795.00 | 205.00 |
| 02/19/09 | 101 | CHUHAK & TECSON PC | Ref # 208811 EMB<br>Stopped on: check issued on 01/22/09 | 3210-604 | | -3,795.00 | 4,000.00 |
| 02/19/09 | 102 | CHUHAK & TECSON PC | Ref # 208811 EMB (REPLACEMENT CHECK<br>FOR CK 101) | 3210-600 | | 3,795.00 | 205.00 |
| 06/17/09 | | From Account #*******2265 | Pay Taxes | 9999-000 | 1,000.00 | | 1,205.00 |
| 06/17/09 | 103 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST<br>Voided on 06/17/09 | 2820-003 | | 965.00 | 240.00 |
| 06/17/09 | 103 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST<br>Voided: check issued on 06/17/09 | 2820-003 | | -965.00 | 1,205.00 |
| 06/17/09 | 104 | Illinois Department of Revenue | Pymt of 2008 IL-1120-ST-V | 2820-000 | | 965.00 | 240.00 |
| 08/13/09 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 06/01/2009 FOR CASE<br>#07-72982, BOND #016018067<br>06/01/09-06/01/10 | 2300-000 | | 70.25 | 169.75 |
| 10/01/09 | | From Account #*******2265 | Transfer for Final Distributions | 9999-000 | 93,067.20 | | 93,236.95 |
| 10/06/09 | 106 | LINDGREN CALLIHAN VAN<br>OSDOL & CO LTD | Dividend paid 100.00% on $1,568.20,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: 325780  CLIENT #F05762.0 | 3410-000 | | 1,568.20 | 91,668.75 |
| 10/06/09 | 107 | BERNARD J. NATALE | Dividend paid 100.00% on $8,153.35, Trustee<br>Compensation;  Reference: | 2100-000 | | 8,153.35 | 83,515.40 |
| 10/06/09 | 108 | Midwest Operating Engineers<br>Welfare Fund | Distribution paid  17.32% on $28,771.29;<br>Claim# 1; Filed: $28,771.29; Reference: | 7100-000 | | 4,983.98 | 78,531.42 |
| 10/06/09 | 109 | Midwest Operating Engineers<br>Pension Trust Fund | Distribution paid  17.32% on $23,422.22;<br>Claim# 2; Filed: $23,422.22; Reference: | 7100-000 | | 4,057.37 | 74,474.05 |
| 10/06/09 | 110 | Operating Engineers Local 150<br>Apprenticeship Fund | Distribution paid  17.32% on $1,437.55; Claim#<br>3; Filed: $1,437.55; Reference: | 7100-000 | | 249.02 | 74,225.03 |
| 10/06/09 | 111 | Local 150 I.U.O.E. Vacation Savings<br>Plan | Distribution paid  17.32% on $3,279.19; Claim#<br>4; Filed: $3,279.19; Reference: | 7100-000 | | 568.05 | 73,656.98 |
| 10/06/09 | 112 | M.O.E. Construction Industry<br>Research and Service | Distribution paid  17.32% on $346.77; Claim# 5;<br>Filed: $346.77; Reference: | 7100-000 | | 60.07 | 73,596.91 |
| 10/06/09 | 113 | Midwest Operating Engineers Fringe<br>Benefit Funds | Distribution paid  17.32% on $5,932.50; Claim#<br>6; Filed: $5,932.50; Reference: | 7100-000 | | 1,027.67 | 72,569.24 |
| 10/06/09 | 114 | Howell Tractor & Equipment, LLC | Distribution paid  17.32% on $20,720.33;<br>Claim# 7; Filed: $20,720.33; Reference: | 7100-000 | | 3,589.33 | 68,979.91 |
| 10/06/09 | 115 | Kieft Brothers, Inc. | Distribution paid  17.32% on $24,831.30;<br>Claim# 9; Filed: $24,831.30; Reference: | 7100-000 | | 4,301.46 | 64,678.45 |

Subtotals :  $98,067.20  $33,388.75

{} Asset reference(s)

Printed: 03/09/2010 03:17 PM    V.11.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-72982 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | MCKELE SITE DEVELOPMENT, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****22-66 - Checking Account |
| Taxpayer ID #: | 36-4211755 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 03/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref#} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/09 | 116 | Brunt Brothers | Distribution paid 17.32% on $113,019.20; Claim# 10; Filed: $113,019.20; Reference: | 7100-000 | | 19,578.02 | 45,100.43 |
| 10/06/09 | 117 | Boncosky Oil Company | Distribution paid 17.32% on $15,300.11; Claim# 11; Filed: $15,300.11; Reference: | 7100-000 | | 2,650.40 | 42,450.03 |
| 10/06/09 | 118 | Kenneth M. Gazda | Distribution paid 17.32% on $32,347.77; Claim# 12; Filed: $32,347.77; Reference: | 7100-000 | | 5,603.52 | 36,846.51 |
| 10/06/09 | 119 | Craft Concrete | Distribution paid 17.32% on $1,250.95; Claim# 13; Filed: $1,250.95; Reference: | 7100-000 | | 216.70 | 36,629.81 |
| 10/06/09 | 120 | Wright Express | Distribution paid 17.32% on $26,800.43; Claim# 14; Filed: $26,800.43; Reference: | 7100-000 | | 4,642.57 | 31,987.24 |
| 10/06/09 | 121 | Castle Bank N A | Distribution paid 17.32% on $38,081.20; Claim# 15U; Filed: $38,081.20; Reference: | 7100-000 | | 6,596.71 | 25,390.53 |
| 10/06/09 | 122 | Fox Valley Laborers' Benefit Funds | Distribution paid 17.32% on $45,385.18; Claim# 17; Filed: $45,385.18; Reference: | 7100-000 | | 7,861.96 | 17,528.57 |
| 10/06/09 | 123 | Windy City Heavy Equipment Services, Inc. | Distribution paid 17.32% on $2,975.99; Claim# 18; Filed: $2,975.99; Reference: | 7100-000 | | 515.52 | 17,013.05 |
| 10/06/09 | 124 | IUOE Local 150Legal Dept | Distribution paid 17.32% on $2,288.77; Claim# 19; Filed: $2,288.77; Reference: Stopped on 01/13/10 | 7100-004 | | 396.48 | 16,616.57 |
| 10/06/09 | 125 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,713.11 | 10,903.46 |
| | | | Dividend paid 100.00% 5,612.50 on $5,612.50; Claim# ATTY; Filed: $5,612.50 | 3110-000 | | | 10,903.46 |
| | | | Dividend paid 100.00% 100.61 on $100.61; Claim# EXP; Filed: $100.61 | 3120-000 | | | 10,903.46 |
| 10/06/09 | 126 | Campon, Curran, Dunlop & Lamb, P.C. | Combined Check for Claims#16U,16S | | | 6,593.12 | 4,310.34 |
| | | | Dividend paid 17.32% 4,481.48 on $25,870.50; Claim# 16U; Filed: $25,870.50 | 7100-000 | | | 4,310.34 |
| | | | Dividend paid 17.32% 2,111.64 on $12,190.00; Claim# 16S; Filed: $12,190.00 | 7100-000 | | | 4,310.34 |
| 10/06/09 | 127 | Vulcan Materials Company | Combined Check for Claims#8U,8S | | | 4,310.34 | 0.00 |
| | | | Dividend paid 17.32% 942.25 on $5,439.37; Claim# 8U; Filed: $5,439.37 | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.32% 3,368.09 | 7100-000 | | | 0.00 |

| | | | | Subtotals : | $0.00 | $64,678.45 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-72982 |
| Case Name: | MCKELE SITE DEVELOPMENT, INC. |
| | |
| Taxpayer ID #: | 36-4211755 |
| Period Ending: | 03/09/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****22-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $19,443.20;  Claim#<br>8S; Filed: $19,443.20 | | | | |
| 01/13/10 | 124 | IUOE Local 150Legal Dept | Distribution paid  17.32% on $2,288.77; Claim#<br>19; Filed: $2,288.77; Reference:<br>Stopped: check issued on 10/06/09 | 7100-004 | | -396.48 | 396.48 |
| 01/14/10 | 128 | CLERK OF THE BANKRUPTCY<br>COURT | Unclaimed Funds | 8500-002 | | 396.48 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 98,067.20 | 98,067.20 | $0.00 |
| | Less: Bank Transfers | 98,067.20 | 0.00 | |
| | Subtotal | 0.00 | 98,067.20 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $98,067.20 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****22-65 | 98,076.12 | 8.92 | 0.00 |
| Checking # ***-*****22-66 | 0.00 | 98,067.20 | 0.00 |
| | $98,076.12 | $98,076.12 | $0.00 |

JPMorgan Chase Bank N A
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2010 through January 29, 2010

Account Number **000312111982266**

---

### CUSTOMER SERVICE INFORMATION

Service Center:      **1-800-634-5273**

---

07-72982 MCKELE SITE DEVELOPMENT
INC DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $396.48 |
| Checks Paid | 1 | - 396.48 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 128 | 01/26 | $396.48 |
| Total Checks Paid | | $396.48 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01 26 | $0.00 |

2-9-10
BN